**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:18-cv-00146-RSL |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR RELIEF OF 26(F) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, an agency of the United States, and KEVIN J. MCINTYRE, in his official capacity as Chairman of the Federal Energy Regulatory Commission, | |
| Defendants. | |

It is hereby ORDERED that:

The parties are released from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

The parties are required, however, to prepare and file with the Court a joint report indicating by what means, and on what schedule, they intend to resolve the issues presented by this litigation. That report shall be filed no later than June 11, 2018.

The Clerk shall provide copies of this order to all counsel.

ORDER GRANTING STIPULATED
MOTION FOR RELIEF OF 26(F)
CONFERENCE, INITIAL DISCLOSURES
AND JOINT STATUS REPORT
2:18-cv-00146-RSL

1

**ATTORNEY GENERAL OF WASHINGTON**
**Counsel for Environmental Protection**
**800 5th Ave., Ste. 2000, TB-14**
**Seattle, WA 98104-3188**
**(206) 326-5494**

1    DATED this 4th day of April, 2018.

2

3                                          _MMr S Lasnik_
                                           Robert S. Lasnik
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED                    2            **ATTORNEY GENERAL OF WASHINGTON**
MOTION FOR RELIEF OF 26(F)                                   **Counsel for Environmental Protection**
CONFERENCE, INITIAL DISCLOSURES                                **800 5th Ave., Ste. 2000, TB-14**
AND JOINT STATUS REPORT                                           **Seattle, WA 98104-3188**
2:18-cv-00146-RSL                                                    **(206) 326-5494**