# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

v.

FEDERAL ENERGY REGULATORY COMMISSION, *et al.*,

    Defendants.

Case No. C18-146RSL

ORDER

    This matter comes before the Court following the Joint Status Report filed July 12, 2018. Dkt. # 10. In a previous Order, the Court relieved the parties of their Rule 26(f) obligations but instructed them to file a joint report indicating by what means, and on what schedule, they intend to resolve the issues presented by this litigation. See Dkt. # 8. The parties represent that they are working cooperatively toward a resolution and request additional time to file that report. That request is granted. The report referred to in the Court's Order of April 4, 2018, Dkt. # 8, shall be filed no later than August 30, 2018.

    DATED this 27th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1