District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:18-CV-00146-RSL<br><br>STIPULATED ORDER FOR DISMISSAL |

　　The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

　　DATED this 13th day of November, 2018.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　ANNETTE L. HAYES
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Michelle R. Lambert*
　　　　　　　　　　　　　　　　　　MICHELLE R. LAMBERT, NYS #4666657
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　700 Stewart Street, Suite 5220

| | |
|---|---|
| 1 | Seattle, Washington 98101 |
| 2 | Phone: (206) 553-7970 |
|   | Fax: (206) 553-4073 |
| 3 | Email: michelle.lambertn@usdoj.gov |
| 4 | |
| 5 | *Attorneys for Defendants* |
| 6 | OFFICE OF THE ATTORNEY GENERAL |
|   | ROBERT W. FERGUSON |
| 7 | Attorney General |
| 8 | *s/ William R. Sherman* |
| 9 | WILLIAM R. SHERMAN, WSBA# 29365 |
|   | Assistant Attorney General |
| 10 | 800 5th Ave Suite 2000, TB-14 |
| 11 | Seattle, WA 98104 |
|    | Phone: (206) 389-4485 |
| 12 | Email: bill.sherman@atg.wa.gov |
| 13 | |
| 14 | *Attorneys for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this 16th day of November, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge